UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS CHILDS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:13-CV-624-RWS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion.  On April 1, 2013, movant

submitted a document to the Court titled "Motion to Vacate this Guilty Plea."  In the

interests of justice, the Clerk provisionally docketed the motion as a motion to vacate,

set aside, or correct sentence under 28 U.S.C. § 2255.

Before the Court may *sua sponte* characterize the instant filing as a § 2255

motion, however, movant must be given the opportunity to either consent to the

classification or withdraw the filing. *See Morales v. United States*, 304 F.3d 764, 767

(8th Cir. 2002).  Movant is warned that if he consents to the classification of the

instant filing as a motion under § 2255, any future § 2255 motions will be subject to

the restrictions on filing second or successive motions.  That is, movant will not be

permitted to bring a second or successive § 2255 motion unless the United States

Court of Appeals for the Eighth Circuit certifies that the second or successive motion

meets the requirements set forth in § 2255(h)(1)-(2).  Furthermore, movant is warned that § 2255 motions are subject to a one-year limitations period.  *See* 28 U.S.C. § 2255(f).

If movant consents to the characterization of the instant filing as a § 2255 motion, he must inform the Court of his decision, in writing, within thirty days of the date of this Order.  Furthermore, if movant consents to the characterization, then he must file an amended § 2255 motion on a Court-provided form within thirty days of the date of this Order.

If movant opposes the characterization, or if movant fails to respond to this Order, then the Court will dismiss this action without prejudice and without characterizing the filing as a § 2255 motion.

Accordingly,

**IT IS HEREBY ORDERED** that movant shall have thirty (30) days from the date of this Order to formally consent, in writing, to the Court's characterization of the instant filing as § 2255 motion.

**IT IS FURTHER ORDERED** that if movant consents to the characterization of the instant filing as § 2255 motion, then he must file an amended § 2255 motion on a Court-provided form within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if movant does not consent to the characterization of the instant filing as a § 2255 motion, or if movant fails to timely respond to this Order, then the Court will dismiss this action without prejudice and without characterizing the filing as a § 2255 motion.

**IT IS FURTHER ORDERED** that the Clerk shall mail to movant a copy of the Court's form motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.

Dated this 12th day of June, 2013.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE